IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

---

No. 02-40212

Summary Calendar

---

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

EDDIE SNELL,

Defendant-Appellant.

---

Appeal from the United States District Court
For the Southern District of Texas
(C-00-CR-319-1)

---

March 13, 2003

Before HIGGINBOTHAM, SMITH, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

Eddie Snell appeals from the district court's order denying his motion for a reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2). Amendment 599 became effective before the district court sentenced Snell and does not relate to the sentencing

---

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

guidelines under which Snell was sentenced.  The district court did not abuse its discretion.[1]  AFFIRMED.

---

[1] *United States v. Mueller*, 168 F.3d 186, 188 (5th Cir. 1999).